**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada Bar #8409
Jsc@cogburnlaw.com
DAVID J. WEDEMEYER, ESQ.
Nevada Bar # 11318
Djw@cogburnlaw.com
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
Tel: (702) 384-3616
Fax: (702) 943-1936
Attorneys for Blake Donald

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLAKE DONALD<br><br>                    Plaintiff,<br><br>        vs.<br><br>CLARK COUNTY COLLECTION SERVICES, LLC<br><br>                    Defendant. | Case No: 2:11-cv-00217<br><br>**PLAINTIFF BLAKE DONALD'S VOLUNTARY DISMISSAL PURSUANT TO NEV. R. CIV. P. 41(a)** |

Plaintiff, Blake Donald, by and through his attorney of record, Cogburn Law Offices, hereby requests the above-entitled action be voluntary dismissed with prejudice.

Dated: April 7, 2011

                                                                              COGBURN LAW OFFICES

IT IS SO ORDERED.

                                                                              By: /s/ David J. Wedemeyer
_____             JAMIE S. COGBURN, ESQ.
                                                                              Nevada Bar No. 8409
                                                                              DAVID J. WEDEMEYER, ESQ.
PHILIP M. PRO, U.S. DISTRICT JUDGE          Nevada Bar No. 11318
                                                                              9555 S. Eastern Ave., Suite 280
Dated:  April 8, 2011.                                          Las Vegas, NV  89123
                                                                              Attorney for Plaintiffs

COGBURN LAW OFFICES
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
(702) 384-3616 FAX: (702) 943-1936